UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

2021 APR 26 AM 10: 55

Pamela A. Gallagher )
    Plaintiff )
)
v. ) Case No. 5:21CV38
)
Bed Bath & Beyond Inc. )
    Defendant )

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate to dismiss this case with prejudice and that each party shall bear its own costs. The parties further agree this stipulation may be signed and filed with the Court in counterparts and/or with electronic signatures.

The Plaintiff by:

*James M. Dingley*
James M. Dingley
204 South Street
Bennington, VT 05201
dingleylaw@gmail.com
(802) 442-8503

The Defendant by:

*JMD for Beata Shapiro*
Beata Shapiro, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Beata.Shapiro@wilsonelser.com